Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions.legal
drichard@sesssons.legal

Attorneys for Marlette Funding, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ARMENAK KHUKOYAN, | Case No.: |
| --- | --- |
| Plaintiff, | NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) – FEDERAL QUESTION |
| vs. | |
| MARLETTE FUNDING, LLC, dba BEST EGG, Does 1-50, | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendant Marlette Funding, LLC, ("Marlette") hereby removes to this Court the state court action described below.

1.   This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it

arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, and the Telephone Consumer Protection Act, 47 U.S.C. § 227.  This Court also has supplemental jurisdiction over Plaintiff's claims arising under state law. *See* 28 U.S.C. § 1367(a).

2. On or about July 20, 2016 the action was commenced in the Superior Court of the State of California, County of Los Angeles, entitled *Armenak Khukoyan v. Marlette Funding, LLC, dba Best Egg and Does 1 through 50*, Case No. 16K09118.  A copy of the Plaintiff's Summons and Complaint ("Complaint") and documents filed in the state court action are attached hereto as Exhibit A.

3. The date upon which Marlette first received a copy of the Complaint was July 22, 2016, when Marlette's agent for service of process was served with a copy of the Complaint.  Removal is therefore timely pursuant to 28 U.S.C. § 1446(b)(1).

4. A copy of this Notice of Removal is being served upon Plaintiff and concurrently filed in the State Court Action.

5. The State Court Action is located within the Central District of California.  Therefore, venue for purposes of removal is proper because the United States District Court for the Central District of California embraces the place in which the removed action was pending.  28 U.S.C. § 1441(a).

6.      Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

Dated: 8/19/16                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                                       /s/Debbie P. Kirkpatrick
                                                    Debbie P. Kirkpatrick
                                                    Attorney for Defendant
                                                    Marlette Funding, LLC