LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@toddflaw.com
21550 Oxnard Street Suite 780
Woodland Hills, CA 91367
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARMENAK KHUKOYAN**, | Case No. 2:16-cv-06234-GW-JC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **MARLETTE FUNDING, LLC, et al,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 19th day of January, 2017.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 19th day of January, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable George H. Wu
United States District Court
Central District of California

Damian P Richard
Sessions Fishman Nathan and Israel LLP

Debbie P Kirkpatrick
Sessions Fishman Nathan and Israel LLP

This 19th day of January, 2017.

s/Todd M. Friedman
Todd M. Friedman