JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARMENAK KHUKOYAN,** | Case No. **CV 16-6234-GW(JCx)** |
| Plaintiff, | **ORDER** |
| vs. | |
| **MARLETTE FUNDING, LLC, et al,** | |
| Defendant. | |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 13th day of February, 2017.

*George H. Wu*
_____
GEORGE H. WU, U.S. District Judge